FILED

2013 APR 24  PM 1:05

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY_____

1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11  FIRST MORTGAGE CORPORATION )   Case No. EDCV 13-643-UA (DUTYx)
    CORPORATION, ITS ASSIGNEES )
12  AND/OR SUCCESSORS,          )
                                )   ORDER RE: SUMMARY REMAND
13              Plaintiff,       )   DUE TO IMPROPER REMOVAL
                                )
14         v.                   )
                                )
15                              )
    JOSE DIAZ,                  )
16                              )
                Defendant.      )
17  _____)
18
19      On April 9, 2013, Jose Diaz lodged a Notice of Removal and an application to
20  proceed *in forma pauperis*. Plaintiff brought suit in a straight-forward unlawful detainer
21  action in the San Bernardino County Superior Court. The Court has denied the
    aforementioned application under separate cover because this action was not properly
22  removed. As a result, the Court issues this Order to remand the action to state court.
23
24      Plaintiff could not have brought this action in federal court based on federal
    question jurisdiction because the underlying matter is a straight-forward unlawful
25  detainer action. 28 U.S.C. §§ 1331, 1441(a). Further, assuming a claim of diversity
26  jurisdiction was to be asserted as a basis for removal, the Court notes that the amount in
27
28                                      1

1  controversy in the unlawful detainer action does not exceed $75,000, excluding interest
2  and costs.  28 U.S.C. §§ 1332(a), 1441(b).
3      Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the
4  Superior Court of California, San Bernardino County, 14455 Civic Drive, Victorville,
5  California 92392, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c);
6  (2) that the Clerk send a certified copy of this Order to the state court; and (3) that the
7  Clerk serve copies of this Order on the parties.
8
9  **IT IS SO ORDERED.**
10
11  DATED: _____4/19_____, 2013
12                                  _____
                                    HONORABLE GEORGE H. KING
                                    Chief United States District Judge
13
14  Presented by:
15
16  _____
    HONORABLE OSWALD PARADA
17  United States Magistrate Judge
18
19
20
21
22
23
24
25
26
27
28
                                    2